**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-cv-80338-ALTMAN/Brannon**

**ALLECIA SINKFIELD**,
*on behalf of herself and others*
*similarly situated*,

      *Plaintiff*,

*v.*

**PERSOLVE RECOVERIES, LLC**,

      *Defendant.*

_____/

**ORDER**

The parties have informed the Court that they've reached a settlement in this case [ECF No.

66]. Accordingly, the Court hereby **ORDERS and ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to

   file a stipulation of dismissal and a motion for preliminary approval of the class action

   settlement by **March 11, 2022.**

2. If the parties fail to complete the expected settlement, any party may ask the Court to

   reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are

   **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 24th day of January 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record